PARKER & McCONKIE
JAMES W. McCONKIE (Bar # 2156)
BRADLEY H. PARKER (Bar # 2519)
Attorneys for Plaintiff
5664 South Green Street
Salt Lake City, Utah 84123
Phone: (801) 264-1950
Email: jwmcconkie@utahlawhelp.com
Email: bparker@utahlawhelp.com

CAIR LEGAL DEFENSE FUND
LENA F. MASRI (DC: 1000019)
GADEIR I. ABBAS (VA: 81161)*
Attorneys for Plaintiff
453 New Jersey Avenue, SE
Washington, DC 20003
Phone: (202) 488-8787
Email: lmasri@cair.com
Email: gabbas@cair.com

*Licensed in VA; not in DC
Practice limited to federal matters

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **YUSSUF AWADIR ABDI**, | ) | |
| | ) | **MOTION FOR PRO HAC VICE** |
| Plaintiff, | ) | **ADMISSION AND CONSENT OF** |
| | ) | **LOCAL COUNSEL** |
| v. | ) | |
| | ) | |
| **CHRISTOPHER WRAY[1]**, et al., | ) | **Case No.: 2:17-cv-00622-DB** |
| | ) | **Hon. Dee Benson** |
| Defendants. | ) | |
| | ) | |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Carolyn M. Homer as pro hac vice counsel for Yussuf Awadir Abdi (Plaintiff) and consent to serve as local counsel. The

---
[1] Christopher Wray, current Director of the FBI, is substituted automatically pursuant to Fed. R. Civ. P. 25(d), and is so named in the caption.

1

application for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

| | |
|---|---|
| Dated:  February 28, 2018 | /s/ James W. McConkie<br>PARKER & McCONKIE<br>JAMES W. McCONKIE (Bar # 2156)<br>BRADLEY H. PARKER (Bar # 2519)<br>Attorneys for Plaintiff<br>5664 South Green Street<br>Salt Lake City, Utah 84123<br>Phone: (801) 264-1950<br>Email: jwmcconkie@utahlawhelp.com<br>Email: bparker@utahlawhelp.com |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court for the District of Utah using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                                    <u>/s/ Marynell Hinton</u>

                                                    Marynell Hinton

## Index of Exhibits

Exhibit A    Completed Application for Admission Pro Hac Vice of Carolyn M. Homer

Exhibit B    Proposed Order